IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JOHN G. SISLER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 06-1180 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| Defendant. | ) | |

O R D E R

AND NOW, this 7th day of February, 2008, after the plaintiff, John G. Sisler, filed motions for attorney fees and a bill of costs, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, which reargue the matters raised by Plaintiff (Docket No. 26) and considered by the Magistrate Judge in the Report and Recommendation, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that Plaintiff's Petition for Award of Attorney Fees Pursuant to E.A.J.A. (Docket No. 22) is granted in part and denied in part, for a recovery of $3937.38.

IT IS FURTHER ORDERED that Plaintiff's Motion for Bill of Costs (Docket No. 23) is granted, for a recovery of $361.92, or a total recovery of $4299.30.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge